## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **EVA BROWN** | * | **NO.: 2:24-cv-923** |
| | * | |
| **VERSUS** | * | **JUDGE** |
| | * | **BARRY W. ASHE** |
| **PAC HOUSING GROUP, LLC, THE WILLOWS** | * | |
| **APARTMENTS PARTNERSHIP, LTD.,** | * | **MAGISTRATE JUDGE** |
| **MINISTRY OUTREACH FOUNDATION,** | * | **KAREN WELLS ROBY** |
| **DR. RICHARD HAMLET, 123 SECURITY** | * | |
| **COMPANY, ABC INSURANCE COMPANY,** | * | **JURY DEMANDED** |
| **DEF INSURANCE COMPANY, GHI INSURANCE** | * | |
| **COMPANY, AND JKL INSURANCE COMPANY** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## DIVERSITY JURISDICTION DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Dr. Richard Hamlet hereby makes the following disclosure:

Dr. Richard Hamlet is a resident and citizen of the State of Tennessee.

                                                                Respectfully submitted,
BY:    */s/ Roy L. Schroeder*
**ROY L. SCHROEDER - #30714**
**GALLOWAY, JOHNSON, TOMPKINS,**
**BURR & SMITH**
#3 Sanctuary Boulevard, Third Floor
Mandeville, Louisiana 70471
Telephone: (985) 674-6680
Facsimile:  (985) 674-6681
rschroeder@gallowaylawfirm.com
***Counsel for Defendant,***
***Dr. Richard Hamlet***

2

## CERTIFICATE OF SERVICE

I certify that on December 4, 2024 this document was filed electronically with the Clerk of Court using the CM/ECF system, and that Notice of this filing and a copy of same is being forwarded to all counsel of record by the CM/ECF system.

*/s/ Roy L. Schroeder*
**ROY L. SCHROEDER**