UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EVA BROWN | CIVIL ACTION |
| VERSUS | NO. 24-923 |
| PAC HOUSING GROUP, LLC, *et al.* | SECTION M (4) |

## ORDER

Considering the motion to continue (R. Doc. 38),

IT IS ORDERED that the motion is GRANTED, and the trial and pretrial conference are continued.

The case manager will hold a telephone scheduling conference on May 21, 2025, at 1:30 p.m., to select new dates for the trial and the pretrial conference. All parties are to call into the conference at (833) 990-9400, Access Code: 281438922. With respect to other deadlines set in the scheduling order, only those deadlines that had not passed as of the date the motion was filed will be reset.

New Orleans, Louisiana, this 2nd day of May, 2025.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE